IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Z TRIM HOLDINGS, INC., and
FIBERGEL TECHNOLOGIES, INC.,

    Plaintiffs,

v.

FIBERSTAR, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 3:07-cv-00161-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered GRANTING defendant Fiberstar, Inc.'s motion for summary judgment with respect to plaintiffs Z Trim Holdings, Inc. And Fibergel Technologies Inc.'s claims of infringement.

Approved as to form this 29th day of January, 2008.

_____
Barbara B. Crabb, District Judge

_____
Theresa M. Owens, Clerk of Court

Jan 30, 2008
Date