IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Z TRIM HOLDINGS, INC., and
FIBERGEL TECHNOLOGIES, INC.,

                                 ORDER

               Plaintiffs,

                              07-cv-161-bbc

    v.

FIBERSTAR, INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated April 11, 2008, I denied defendant Fiberstar Inc.'s motion to alter or amend the judgment. Although I denied defendant's motion, the order directed the clerk to "enter an amended judgment accordingly." However, the judgment requires no amendment. Therefore, the order dated April 11, 2008 (dkt. #119) is AMENDED; the phrase "The clerk of court is directed to enter an amended judgment accordingly" is

1

DELETED from the end of the order.

Entered this 21st day of April, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge