### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Z TRIM HOLDINGS, INC., | ) | |
| an Illinois Corporation, and | ) | |
| FIBERGEL TECHNOLOGIES, INC., | ) | |
| a Florida Corporation, | ) | |
| | ) | Case No. 07-C-0161-C |
| Plaintiffs, | ) | |
| | ) | Judge Barbara B. Crabb |
| v. | ) | |
| | ) | Magistrate Judge Stephen L. Crocker |
| FIBERSTAR, INC., | ) | |
| a Minnesota Corporation | ) | |
| | ) | |
| Defendant. | ) | |

### Z TRIM'S OBJECTIONS TO THE BILL OF COSTS

Plaintiffs Z Trim Holdings, Inc. and FiberGel Technologies, Inc. (collectively, "Z Trim"),

under 28 U.S.C. § 1920, Fed. R. Civ. Pro. 54(d)(1), and the Court's Order dated April 22, 2008,

object to Defendant Fiberstar, Inc.'s ("Fiberstar") proposed Bill of Costs as follows:

 1. Fiberstar seeks costs that are not permitted under 28 U.S.C. § 1920;

 2. Fiberstar seeks costs that are unnecessary and unreasonable;

 3. Fiberstar fails to provide the requisite detail necessary to justify an award of costs

from those enumerated under 28 U.S.C. § 1920.

Based on these reasons, the Court should reduce Fiberstar's Bill of Costs.

1

Dated:  May 5, 2008                          Respectfully submitted,

                                             Z TRIM HOLDINGS, INC. and
                                             FIBERGEL TECHNOLOGIES, INC.


                                             By:    _____/s/ Adam G. Kelly_____
                                                       Adam G. Kelly, Esq.

Mark A. Cameli
Lynn M. Stathas
Lewis W. Beilin
REINHART BOERNER VAN DEUREN S.C.
22 East Mifflin Street
P.O. Box 2018
Madison, WI 53701-2018
608-229-2200
608-229-2100 (facsimile)
mcameli@reinhartlaw.com

Of Counsel
Edward H. Rice (admitted *pro hac vice*)
Marina N. Saito (admitted *pro hac vice*)
Adam G. Kelly
Julie P. Samuels (admitted *pro hac vice)*
LOEB & LOEB, LLP
321 North Clark, Suite 2300
Chicago, Illinois 60610
Telephone:  312-464-3138
Facsimile:  312-464-3111
akelly@loeb.com

*Attorneys for Z Trim Holdings, Inc. and FiberGel Technologies, Inc.*

2

## CERTIFICATE OF SERVICE

I, Adam G. Kelly, hereby certify that on May 5, 2008, I caused a true and correct copy of the foregoing **Z TRIM'S OBJECTIONS TO THE BILL OF COSTS** to be filed, with confirmation delivered by email and/or ECF service addressed to the following counsel of record:

> J. Donald Best
> jdbest@michaelbest.com
> Jeffrey S. Ward
> jsward@michaelbest.com
> Edward J. Pardon
> ejpardon@michaelbest.com
> Wendy M. Seffrood
> wmseffrood@michaelbest.com
> MICHAEL BEST & FRIEDRICH LLP
> One S. Pinckney Street, Suite 700
> Madison, WI  53703-4257
> 608-283-2272 - Phone
> 608-283-2275 - Fax

This 5th day of May, 2008.        By:        /s/ Adam G. Kelly
                                                   Adam G. Kelly, Esq.

                                          LOEB & LOEB LLP
                                          321 North Clark, Suite 2300
                                          Chicago, Illinois 60610
                                          (312) 464-3138
                                          (312) 464-3111 (facsimile)